## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERMONT MUTUAL INSURANCE COMPANY a/s/o THE BETHEL VILLAGE SQUARE, ASSOCIATION | Civil Action No._____ |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| 77 SOUTH STREET, LLC; C & S CORNERSTONE PROPERTIES, LLC; CHRISTOPHER CAMPANARO; and MICHAEL KOZLOWSKI | |
| | JUNE 9, 2022 |
| Defendants. | |

## COMPLAINT

## PARTIES

1. The Plaintiff, Vermont Mutual Insurance Company (hereinafter "Vermont Mutual"), is and was at all times material hereto, a foreign corporation, organized and existing under the laws of the State of Vermont, with its principal place of business located in Montpelier, Vermont.

2. At all times relevant, Vermont Mutual was duly authorized to issue policies of insurance within the State of Connecticut.

3. The Defendant, 77 South Street, LLC ("77 S."), was at all relevant times a limited liability company formed under the laws of the State of Connecticut with a principal place of business in Bethel, Connecticut.

1

4.      The Defendant, C & S Cornerstone Properties, LLC ("C & S") was at all relevant times, a limited liability company formed under the laws of the State of Connecticut with a principal place of business in Bethel, Connecticut.

5.      Christopher Campanaro ("Campanaro") is a citizen of the State of Connecticut residing in Bethel, Connecticut and at all times relevant was a member of both 77 S. and C & S.

6.      Michael Kozlowski( ("Kozlowski") is a citizen of the State of Connecticut residing in Bethel, Connecticut and at all times relevant was a member of both 77 S. and C & S.

7.      Campanaro and Kozlowski were the only two members of 77 S. and C & S.

## JURISDICTION

8.      The jurisdiction of this Court is proper pursuant to 28 USC §1332 as this action is between citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

9.      Venue is proper in this district pursuant to 28 USC §1391 as the events or omissions giving rise to the claims at issue occurred within this district.

## GENERAL ALLEGATIONS

10.     At all times relevant, Vermont Mutual insured the property owned by the Bethel Village Square Association ("Bethel Village") located at 2 Elizabeth Street in Bethel, Connecticut.

11.     At all times relevant 77 S. owned the property located at 77 South Street in Bethel, CT which adjoined the property at 2 Elizabeth Street owned by Bethel Village .

12.     Upon information and belief C & S was a predecessor in interest to 77 S. and was involved in the management of the building at 77 South Street in Bethel, Connecticut.

13.     Upon information and belief, Campanaro and Kozlowski had direct personal involvement in the management, maintenance, and renovations to the property at 77 South Street in Bethel, Connecticut.

14.     On or about August 4, 2020 one of the exterior walls of 77 South Street collapsed and fell onto portions of the buildings owned by the Bethel Village.

15.     Bethel Village made claim to Vermont Mutual under its insurance policy and was ultimately paid for the cost to repair the damaged buildings pursuant to the terms of that policy.

16.     As a result of the payments made by Vermont Mutual to Bethel Village, Vermont Mutual has become legally, equitably, and contractually subrogated to the rights of Bethel Village to pursue a claim for the cost of the repairs against any responsible party.

## COUNT ONE
## NEGLIGENCE AGAINST 77 SOUTH STREET, LLC.

17.     The Plaintiff, Vermont Mutual Insurance Company, incorporates by reference Paragraphs 1 through 16 of this Complaint as if they were set out in full.

18.     The damage to the property owned by Bethel Village was caused by the negligence, carelessness, and negligent omissions of the Defendant, 77 South Street, LLC, its agents, servants or employees in that they:

   a. Failed to properly maintain the exterior walls of the building at 77 South St;

   b. Failed to secure the brick exterior wall to the framing of the building at 77 South Street;

   c. Failed to inspect the brick exterior wall to determine its condition;

   d. Failed to employ qualified engineers or contractors to inspect and maintain the brick exterior walls;

   e. Failed to properly perform renovations at the property which allowed the exterior wall to weaken; and

      f. Otherwise failed to use due care under the circumstances.

19. As a result of the aforesaid negligence, carelessness, and negligent omissions of the Defendant, 77 S., the exterior wall of 77 South Street was allowed to fall onto the buildings owned by Bethel Village causing the damage referenced above.

WHEREFORE, the Plaintiff, Vermont Mutual Insurance Company demands judgment against the Defendant, 77 South Street, LLC for damages in excess of $75,000, costs and such other relief as the court may deem appropriate.

## COUNT TWO
## NEGLIGENCE AGAINST C & S CORNERSTONE PROPERTIES, LLC.

20. The Plaintiff, Vermont Mutual Insurance Company, incorporates by reference Paragraphs 1 through 16 of this Complaint as if they were set out in full.

21. The damage to the property owned by Bethel Village was caused by the negligence, carelessness, and negligent omissions of the Defendant, C & S Cornerstone Properties, LLC, its agents, servants or employees in that they:

    a. Failed to properly maintain the exterior walls of the building at 77 South St;

    b. Failed to secure the brick exterior wall to the framing of the building at 77 South Street;

    c. Failed to inspect the brick exterior wall to determine its condition;

    d. Failed to employ qualified engineers or contractors to inspect and maintain the brick exterior walls;

    e. Failed to properly perform renovations at the property which allowed the exterior wall to weaken; and

    f. Otherwise failed to use due care under the circumstances.

22. As result of the negligence, carelessness, and negligent omissions of the Defendant, C & S, the exterior wall of 77 South Street was allowed to collapse and damage the buildings owned by Bethel Village as referenced above.

WHEREFORE, Vermont Mutual Insurance Company demands judgment against C & S Cornerstone Properties, LLC for damages in excess of $75,000, costs, and such other relief as the court may deem appropriate.

## COUNT THREE
## NEGLIGENCE AGAINST CHRISTOPHER CAMPANARO

23. The Plaintiff, Vermont Mutual Insurance Company, incorporates by reference Paragraphs 1 through 16 of this Complaint as if they were set out in full.

24. The damage to the property owned by Bethel Village was caused by the negligence, carelessness, and negligent omissions of the Defendant, Christopher Campanaro, his agents, servants or employees in that they:

   a. Failed to properly maintain the exterior walls of the building at 77 South St;

   b. Failed to secure the brick exterior wall to the framing of the building at 77 South Street;

   c. Failed to inspect the brick exterior wall to determine its condition;

   d. Failed to employ qualified engineers or contractors to inspect and maintain the brick exterior walls;

   e. Failed to properly perform renovations at the property which allowed the exterior wall to weaken;

   f. Failed to supervise individuals who were doing renovations in the property which allowed the walls to weaken; and

   g. Otherwise failed to use due care under the circumstances.

25. As a result of the negligence, carelessness, and negligent omissions of the Defendant, Campanaro, the exterior wall of 77 South Street was allowed to collapse and damage the buildings owned by Bethel Village as referenced above.

WHEREFORE, Vermont Mutual Insurance Company demands judgment against Christopher Campanaro for damages in excess of $75,000, costs, and such other relief as the court may deem appropriate.

## COUNT FOUR
## NEGLIGENCE AGAINST MICHAEL KOZLOWSKI

26. The Plaintiff, Vermont Mutual Insurance Company, incorporates by reference Paragraphs 1 through 16 of this Complaint as if they were set out in full paragraph

27. The damage to the property owned by Bethel Village was caused by the negligence, carelessness, and negligent omissions of the Defendant, Michael Kozlowski, his agents, servants or employees in that they:

   a. Failed to properly maintain the exterior walls of the building at 77 South St;

   b. Failed to secure the brick exterior wall to the framing of the building at 77 South Street;

   c. Failed to inspect the brick exterior wall to determine its condition;

   d. Failed to employ qualified engineers or contractors to inspect and maintain the brick exterior walls;

   e. Failed to properly perform renovations at the property which allowed the exterior wall to weaken;

   f. Failed to supervise individuals who were doing renovations in the property which allowed the walls to weaken; and

   g. Otherwise failed to use due care under the circumstances.

28.     As a result of the negligence, carelessness, and negligent omissions of the Defendant, Kozlowski, the exterior wall of 77 South Street was allowed to collapse and damage the buildings owned by Bethel Village as referenced above.

WHEREFORE, Vermont Mutual Insurance Company demands judgment against Michael Kozlowski for damages in excess of $75,000, costs, and such other relief as the court may deem appropriate.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,

By: _____

Stuart G. Blackburn, Esq. #ct00686
Blackburn & Donnelly, LLC
Two Concorde Way, P.O. Box 608
Windsor Locks, CT  06096
Phone No: 860-292-1116
Fax. 860-292-1221
E-mail: sgb@sgblackburn.com

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Vermont Mutual Insurance Company a/s/o The Bethel Village Square, Association

## DEFENDANTS
77 South Street, LLC; C & S Cornerstone Properties, LLC; Christopher Campanaro; and Michael Kozlowski

**(b)** County of Residence of First Listed Plaintiff: **Washington**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Fairfield**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stuart G. Blackburn, Esq. Blackburn & Donnelly, LLC. 2 Concorde Way, P.O. Box 608, Windsor Locks, CT 06096
8602921116

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [x] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [x] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 1332pd

Brief description of cause:
An exterior wall located at a property that the Defendant owned collapsed and fell onto portions of a building owned by the insured.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** Excess of $75,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

**DATE** 06/09/2022

**SIGNATURE OF ATTORNEY OF RECORD**

### FOR OFFICE USE ONLY

RECEIPT #_____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____